# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In the matter of: | Case No.: 05-37838-dof |
| Constance Veronica Mickel | **Chapter 13 Proceedings** |
| Debtor(s). | Judge Daniel Opperman |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Cardholder Services | 3 | 8 | Unsecured | 724465 | $3.91 |

Dated: December 3, 2010

   /s/Carl L. Bekofske  
Carl L. Bekofske,  
Standing Chapter 13 Trustee  
400 N. Saginaw St., Ste 331  
Flint, MI 48502  
Telephone: (810) 238-4675  
Fax: (810) 238-4712  
Email: ECF@flint13.com  
P10645